

Hon. Magistrate Judge Arlene R. Lindsay  
Long Island Federal Courthouse  
814 Federal Plaza  
Central Islip, New York 11722-4451

February 8, 2024

Re: *Central American Refugee Ctr. Et al. v. Nassau County, et al.,* Docket No. 23-CV-05412

Dear Judge Lindsay:

Plaintiffs and Defendants in the above-captioned matter submit this joint letter pursuant to the January 25, 2024 order of Judge Nusrat Choudhury. Following a pre-motion to dismiss conference in which Judge Choudhury heard oral argument in support of and in opposition to Defendants' anticipated motion to dismiss, Judge Choudhury referred the parties for mediation and ordered the parties to contact Judge Lindsay's chambers concerning the referral no later than February 8, 2024.

Plaintiffs and Defendants would like to proceed with mediation. Plaintiffs respectfully request an additional thirty days to allow the parties to confer in anticipation of mediation, and Defendants do not oppose the request.

Respectfully,

| | |
|---|---|
| DECHERT LLP | LATINOJUSTICE PRLDEF |
| /s/ May K. Chiang, Esq._____ | /s/ Meena Roldan Oberdick___ |
| May K. Chiang, Esq. | Meena Roldan Oberdick, Esq. |
| Neil A. Steiner, Esq. | Rafaela Uribe, Esq. |
| Iricel E. Payano, Esq. | Andrew Case, Esq. |
| Vishan J. Patel, Esq. | *Counsel for Plaintiffs* |
| *Counsel for Plaintiffs* | |

KEANE & BEANE, LLP  
/s/ Sharon N. Berlin_____  
Sharon N. Berlin, Esq.  
Richard K. Zuckerman, Esq.  
*Counsel for Defendants*


**LATINOJUSTICE PRLDEF** 475 Riverside Drive, Suite 1901, New York NY 10115 | D: 212.219.3360 | G: 800.328.2322
**New York, NY | Orlando, FL | Central Islip, NY**
latinojustice.org