

■ **Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ **Mid-Hudson**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ **Long Island**
534 Broadhollow Road
Suite 130
Melville, NY 11747
Phone 631.776.5910

■ **New York City**
60 East 42nd Street, Suite 810
New York, NY 10165
Phone 646.794.5747

February 22, 2024

SHARON N. BERLIN
Principal Member
sberlin@kblaw.com
Direct: 631.776.5911

VIA EMAIL

Neil A. Steiner, Esq. (neil.steiner@dechert.com)
Andrew Claude Case, Esq. (acase@latinojustice.org)
May K. Chiang, Esq. (may.chiang@dechert.com)
Vishan Patel, Esq. (vishan.patel@dechert.com)
Meena Oberdick, Esq. (moberdick@latinojustice.org)
Iricel Elizabeth Payano, Esq. (iricel.payano@dechert.com)

Re:   Central American Refugee Center, et al., v. Nassau County, et al.
       2:23-cv-5412 (NJC) (ARL)

Dear Counselors:

      Our firm is the counsel of record for defendants Nassau County, Nassau County Police Department, Patrick Ryder, Officer John Doe, and Sergeant Sabrina Gregg ("Defendants") in the above-referenced civil action. Attached for service upon you is Defendants' Notice of Motion to Dismiss, as well as the Declaration Of Sharon N. Berlin in Support of Motion to Dismiss and the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint.

      Pursuant to the briefing schedule set by Judge Choudhury during the January 25, 2024 pre-motion conference, opposition papers, if any, must be served by March 21, 2024.

Sincerely yours,

/s/ Sharon N. Berlin

Sharon N. Berlin

SNB/br
Enclosures