

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MAY CHIANG**

May.Chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0441 Fax

March 7, 2024

**VIA ECF**
Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Central American Refugee Ctr., et al. v. Nassau County, et al.,* Docket No. 2:23-CV-05412-NJC-ALR

Dear Judge Choudhury:

Pursuant to your January 25, 2024 Order, Plaintiffs respectfully submit their Second Amended Complaint in the above-captioned action. A redline showing changes from the prior pleading is attached for reference.

Given that Defendants have already served a motion to dismiss the prior pleading, Plaintiffs propose a new briefing schedule that observes timing similar to the schedule from your January 25, 2024 order:

- Defendants' Answer or Motion to Dismiss due April 4, 2024 (four weeks following amended complaint)
- Plaintiffs' Opposition to the Motion to Dismiss due May 2, 2024 (four weeks following motion)
- Defendants' Reply in support of the Motion due May 16, 2024 (two weeks following opposition

Respectfully Submitted,

*/s May Chiang*

May Chiang


cc: All Counsel of Record (by ECF)