

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MAY CHIANG**

May.Chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0441 Fax

March 15, 2024

**VIA ECF**
Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Central American Refugee Ctr., et al. v. Nassau County, et al.,* Docket No. 2:23-CV-05412-NJC-ALR

Dear Judge Choudhury:

Pursuant to the Court's Order dated March 8, 2024, Plaintiffs have conferred with Defendants and jointly propose the following briefing schedule for Defendants' motion to dismiss the Second Amended Complaint.

- Defendants' Answer or Motion to Dismiss due April 10, 2024
- Plaintiffs' Opposition to the Motion to Dismiss due May 8, 2024
- Defendants' Reply in Support of the Motion due May 22, 2024

Respectfully Submitted,

*/s/ May Chiang*

May Chiang


cc: All Counsel of Record (by ECF)