

**■ Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

**■ Long Island**
534 Broadhollow Road
Suite 130
Melville, NY 11747
Phone 631.776.5910

**■ Mid-Hudson**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

**■ New York City**
60 East 42nd Street, Suite 810
New York, NY 10165
Phone 646.794.5747

April 8, 2024

SHARON N. BERLIN
Principal Member
sberlin@kblaw.com
Direct: 631.776.5911

VIA ECF

Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

Re:     Central American Refugee Center, et al., v. Nassau County, et al.; 2:23-cv-5412 (NJC) (ARL)

Dear Magistrate Lindsay:

We are counsel for the Defendants in the above-captioned matter. We write jointly with counsel for Plaintiffs to request that the deadline for completion of mediation be extended from April 9, 2024 to May 31, 2024. The parties have selected Patrick Michael McKenna as mediator and the mediation has been scheduled for May 29, 2024, which is the first date that everyone is available.

Thank you for your consideration of this request.

Very truly yours,

*/s/ Sharon N. Berlin*

Sharon N. Berlin

cc: Counsel for Plaintiffs (via ECF)