

■ Westchester
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ Mid-Hudson
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ Long Island
534 Broadhollow Road
Suite 130
Melville, NY 11747
Phone 631.776.5910

■ New York City
60 East 42nd Street, Suite 810
New York, NY 10165
Phone 646.794.5747

April 9, 2024

SHARON N. BERLIN
Principal Member
sberlin@kblaw.com
Direct: 631.776.5911

VIA ECF

Hon. Nusrat Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Central American Refugee Center, et al., v. Nassau County, et al.; 2:23-cv-5412 (NJC) (ARL)

Dear Judge Choudhury:

We are counsel for the Defendants in the above-captioned matter. We write with consent of counsel for Plaintiffs to request an extension of the briefing schedule for Defendants' answer/motion to dismiss the second amended complaint as follows:

|  | Current deadline | Proposed deadline |
|---|---|---|
| Defendants' answer/motion | April 10, 2024 | April 22, 2024 |
| Plaintiffs' opposition | May 8, 2024 | May 20, 2024 |
| Defendants' Reply | May 22, 2024 | June 3, 2024 |

The reason for the request is that the attorney who has been preparing Defendants' motion had a death in the family. There have been no prior requests for extension.

Thank you for your consideration of this request.

Very truly yours,

/s/ *Sharon N. Berlin*

Sharon N. Berlin

cc: Counsel for Plaintiffs (via ECF)