

■ **Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ **Long Island**
534 Broadhollow Road
Suite 130
Melville, NY 11747
Phone 631.776.5910

■ **Mid-Hudson**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City**
60 East 42nd Street, Suite 810
New York, NY 10165
Phone 646.794.5747

May 29, 2024

SHARON N. BERLIN
Principal Member
sberlin@kblaw.com
Direct: 631.776.5911

VIA ECF

Hon. Nusrat Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     Central American Refugee Center, et al., v. Nassau
        County, et al.; 2:23-cv-5412 (NJC) (ARL)

Dear Judge Choudhury:

We are counsel for the Defendants in the above-captioned matter. Enclosed with this letter, please find the bundled motion papers pertaining to the Defendants' motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and 28 U.S.C. § 1367(c)(3).

The Defendants' moving papers were served upon Plaintiffs on April 10, 2024 (*see* Dkt. #45), pursuant to permission granted by the Court during a pre-motion conference on January 25, 2024 (*see* Minute Entry dated 1/25/2024). The motion, which seeks dismissal of Plaintiffs' Second Amended Complaint, is now fully-briefed.

The bundled papers enclosed with this letter consist of the following items:

**Defendants' Moving Papers**

1. Notice of Motion to Dismiss, dated April 10, 2024

2. Defendants' Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint, dated April 10, 2024

3. Declaration in Support of Motion to Dismiss, dated April 10, 2024

4. Affidavit of Service, dated April 10, 2024



Hon. Nusrat Choudhury
May 29, 2024
Page 2

**Plaintiffs' Opposition to Motion**

    5. Plaintiffs' Opposition to Defendant's Motion to Dismiss, dated May 8, 2024

**Defendants' Reply**

    6. Defendants' Reply Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint, dated May 29, 2024

    7. Affidavit of Service, dated May 29, 2024

Thank you for your consideration of this motion.

Very truly yours,

*/s/ Sharon N. Berlin*

Sharon N. Berlin

cc: Counsel for Plaintiffs (via ECF)