# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENTRAL AMERICAN REFUGEE CENTER, LONG ISLAND LANGUAGE ADVOCATES COALITION, E.B., M.C., and V.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NASSAU COUNTY<br><br>Defendant. | Case No. 23-cv-05412 |

**CIVIL CASE MANAGEMENT PLAN AND [PROPOSED] SCHEDULING ORDER**

This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1. **Initial Disclosures:** The Parties shall serve initial disclosures required by Rule 26(a)(1) by April 24, 2026.

2. **Answer to Plaintiffs' Amended Complaint:** Defendants shall serve an Answer to Plaintiffs' Amended Complaint by May 5, 2026.

3. **Fact Discovery**

    a. The Parties will meet and confer as discovery progresses regarding the number of depositions.

    b. The Parties shall substantially complete document discovery by December 4, 2026.

    c. Fact discovery, including depositions, shall be completed by March 31, 2027.

4. **Expert Discovery**

    a. Affirmative experts shall be disclosed by April 30, 2027.

    b. Rebuttal experts shall be disclosed by May 14, 2027.

c. The Parties shall file affirmative expert reports by May 28, 2027.

d. The Parties shall file rebuttal expert reports by June 30, 2027.

e. The Parties shall complete expert discovery, including depositions, by July 30, 2027.

5. **Pre-Trial Conference**

a. A Pre-Trial Settlement Conference shall be held on August 13, 2027, or on such other date as the Court may direct.

6. **Motions**

a. Dispositive motion process shall be initiated by September 13, 2027.

**KEANE & BEANE, P.C.**

By: */s/ Sharon N. Berlin*
Sharon N. Berlin
Richard K. Zuckerman

534 Broadhollow Road
Suite 460
Melville, NY 11747
Tel.: (631) 776-5910
sberlin@kblaw.com
rzuckerman@kblaw.com

*Attorneys for Defendant*

**DECHERT LLP**

By: */s/ May Chiang*
May Chiang
Neil A. Steiner
Harnelle St Cloud

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
may.chiang@dechert.com
neil.steiner@dechert.com
harnelle.stcloud@dechert.com

**Latino Justice PRLDEF**

Rafaela Uribe, Senior Counsel
475 Riverside Drive #1901
New York, NY 10115
212-219-3360

*Attorneys for Plaintiffs*

**SO ORDERED.**

________________________________
Arlene R. Lindsay, United States Magistrate Judge

Dated: ____________________
Central Islip, New York