UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Central American Refugee Center,
M. C.,
V. A.
*on behalf of themselves and all others similarly situated,*
E.B.,
Long Island Language Advocates Coalition**,**

                                        Plaintiffs,

                                                                    **SCHEDULING ORDER**
             -against-                                              CV 23-5412 (NJC) (ARL)

**Nassau County,**

                                        Defendant.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**March 31, 2027**        **:**All Fact Discovery to be concluded. With respect to the discovery schedule, the undersigned will not micro-manage the course of discovery, and it is left to the parties to determine any intermediate discovery deadlines.

**April 6, 2027**         :A Status Conference will be held at 11:45 AM. The parties shall submit a joint status letter regarding potential mediation and proposing a schedule for expert discovery, if necessary by **March 30, 2027**.

        This scheduling order will be modified by the Court only upon a timely showing of good cause.   Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

        All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York                    **SO ORDERED:**
        April 16, 2026                    _____s/_____
                                            ARLENE ROSARIO LINDSAY
                                            United States Magistrate Judge